# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**SCOTT BAKER and**                                                                    **PLAINTIFFS**
**SHARON BAKER**

**v.**                     **CASE NO. 3:12cv00089 BSM**

**REXDON, INC. and**                                                    **DEFENDANTS**
**DANNY WAYMON**

## **ORDER**

Defendants move to compel production of four items that relate to plaintiffs' medical expert, whose deposition plaintiffs intend to introduce at trial. The documents sought by defendants appear to be relevant to the expert's credibility and at least fall within the liberal scope of discovery permitted under Federal Rule of Civil Procedure 26(b)(1).

IT IS THEREFORE ORDERED that defendants' motion to compel [Doc. No. 21] is granted, and plaintiffs are compelled to produce the documents at issue therein within ten (10) days of this order.

Dated this 26th day of June 2013.

                                                                          _/s/ Brian S. Miller_
                                                                      UNITED STATES DISTRICT JUDGE