IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**SCOTT BAKER** and
**SHARON BAKER**                                                          **PLAINTIFFS**

**v.**                          **CASE NO. 3:12CV00089 BSM**

**REXDON, INC.,** and
**DANNY WAYMON**                                                      **DEFENDANTS**

## ORDER

Pursuant to the Stipulation for Dismissal [Doc. No. 30] filed jointly by the parties, this case is hereby dismissed with prejudice.

IT IS SO ORDERED this 3rd day of February 2014.

_____
UNITED STATES DISTRICT JUDGE