IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SCOTT BAKER and
SHARON BAKER                                                              PLAINTIFFS

v.                              CASE NO. 3:12CV00089 BSM

REXDON, INC., and
DANNY WAYMON                                                              DEFENDANTS

## JUDGMENT

Consistent with the order of dismissal entered today, this case is hereby dismissed with prejudice.

IT IS SO ORDERED THIS 3rd day of February 2014.

_____
UNITED STATES DISTRICT JUDGE